AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>ZHAO QIANLI,<br>*Defendant(s)* | )<br>)<br>) Case No. 18-5030-SNOW<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __09/26/2018__ in the county of __Monroe__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 795 | Photographing Defense Installations, in violation of 18 U.S.C. § 795; and |
| 18 U.S.C. § 1382 | Entering Military, Naval, or Coast Guard Property, in violation of 18 U.S.C. § 1382. |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Charles Barrett, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/29/18

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Lurana S. Snow, United States Magistrate
*Printed name and title*

## **AFFIDAVIT**

I, Charles Barrett, being duly sworn, depose and states as follows:

### **INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI"), having been so employed since February 2018. As a Special Agent, my duties include the investigation of violations of Titles 8, 18, 19, 21, 22 and 31 of the United States Code. I am currently assigned to the FBI Miami Field Office and focus on examining various national security and counterintelligence matters. Prior to my employment with the FBI, I served in the United States Navy and specialized in communications and intelligence operations.

2. I make this affidavit in support of an arrest warrant for **ZHAO QIANLI**, a Chinese national and citizen of China.[1]

3. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that **ZHAO QIANLI** has committed violations of 18 U.S.C. § 795 (Photographing Defense Installations) and 18 U.S.C. § 1382 (Entering Military, Naval or Coast Guard Property).

4. The information contained in this affidavit is based upon my personal knowledge, as well as knowledge, information and documentation that I obtained from other law enforcement officers and civilian witnesses who have first-hand knowledge of the events described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me concerning this investigation, but contains only facts necessary to establish probable cause for the instant request.

---

[1] At the time of ZHAO's arrest for trespassing by the Key West Police Department on September 26, 2018, he was visiting the United States with an expired J-1 work/study visa. That visa expired on September 15, 2018. ZHAO is currently being held at the Krome ICE Processing Center in Homestead, Florida on an immigration detainer pending formal removal proceedings.

## FACTS ESTABLISHING PROBABLE CAUSE

5. On September 26, 2018, at approximately 2:40 P.M., **ZHAO QIANLI** was observed by witnesses walking along the secure fence line of the U.S. Military Installation, Joint Interagency Task Force, South ("JIATF-South"), Naval Air Station Key West, Truman Annex, and entering the restricted area by walking around the perimeter fence and entering the facility from the beach. The fence line **ZHAO QIANLI** circumvented had numerous warnings that noted the fenced facility was a "Military Installation" and "Restricted Area;" warning signs posted on the beach also noted that the facility was a "Restricted Area" and "U.S. Navy Property." (See Attachment "A").

6. After entering the restricted facility, witnesses observed **ZHAO QIANLI** walk directly toward the restricted JIATF-South Antenna Field and take several photographs with his Motorola cellular telephone and Canon EOS digital camera. Witnesses then observed **ZHAO QIANLI** take photographs with these devices of various other government buildings within the vicinity of the restricted JIATF-South Antenna Field.

7. After several minutes on the restricted property, U.S. Military Police approached **ZHAO QIANLI** and held him until a Homeland Security Investigations ("HSI") agent and Chinese interpreter arrived. At that time, **ZHAO QIANLI**, who speaks limited broken English, stated he was "lost" and only a "dishwasher from New Jersey." **ZHAO QIANLI** was next transferred to the custody of the Key West Police Department where he was arrested and charged with criminal trespass.[2]

---

[2] After his arrest on September 26, 2018, **ZHAO QIANLI** was charged by the State of Florida (Lower Keys Criminal Division) with criminal trespass (FL Stat 810.09-2A); he subsequently pled guilty of the offense and was sentenced to a 60 day term of imprisonment; that sentence is now complete (Case No. 2018-MM-01562AK).

3

8. On November 16, 2018, United States Magistrate Judge Jonathan Goodman, Southern District of Florida, issued a search warrant (18-MJ-03664-JG) for the aforementioned Motorola cellular telephone and Canon EOS digital camera that were in the possession of **ZHAO QIANLI** at the time of the alleged offense. Exploitation of **ZHAO QIANLI**'s Cannon EOS digital camera confirmed the witness statements related to the instant offense and evidenced **ZHAO QIANLI** did in fact take unauthorized photographs of the restricted military installation and JIATF-South Antenna Field.[3] (See Attachment "B").

## CONCLUSION

9. Based on the foregoing facts, I submit there is probable cause to believe **ZHAO QIANLI** has violated 18 U.S.C. § 795 (Photographing Defense Installations) and 18 U.S.C. § 1382 (Entering Military, Naval or Coast Guard Property).

Charles Barrett, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before
me this 29 day of November, 2018.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

---

[3] Exploitation of his cellular telephone further evidenced **ZHAO QIANLI** also took unauthorized photographs and video of the military installation.

3

## ATTACHMENT A





1 of 1

## ATTACHMENT B



1 of 2

## ATTACHMENT B



2 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-5030-SNOW

UNITED STATES OF AMERICA

v.

ZHAO QIANLI,

    Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
Michael Sherwin
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501230
99 N.E. 4th Street
Miami, Florida 33132
Tel: 305-961-9067
Fax: 305-536-4675
Email: Michael.Sherwin@usdoj.gov