FILED by \_\_\_\_ **YH** \_\_ D.C.

**Dec 13, 2018**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **18-10035-CR-MOORE/SIMONTON**

18 U.S.C. § 795

UNITED STATES OF AMERICA,

vs.

ZHAO QIANLI,

    Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At times material to this Indictment:

1.    The defendant, ZHAO QIANLI, a citizen of the People's Republic of China, was present in the Southern District of Florida, on Naval Air Station Key West, Truman Annex, Joint Interagency Task Force, South (JIATF-South).

2.    JIATF-South, located on the property of a naval post, is administered and secured by the Department of Defense and is a subordinate command to the United States Southern Command, which is responsible for security cooperation and military operations in Central America, South America, and the Caribbean.

## COUNT ONE
**Photographing and Sketching Defense Installations**
**(18 U.S.C. § 795)**

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, the defendant, ZHAO QIANLI, went upon and entered JIATF-South, a federal military installation in order to, and willfully did, video record a defense installation, to wit: MP4 video VID_20180926_140419630, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT TWO
**Photographing and Sketching Defense Installations**
**(18 U.S.C. § 795)**

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, ZHAO QIANLI went upon and entered JIATF-South, a federal military installation in order to, and willfully did, photograph a defense installation, to wit: digital JPEG photograph IMG_1253, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT THREE
**Photographing and Sketching Defense Installations**
**(18 U.S.C. § 795)**

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, ZHAO QIANLI went upon and entered JIATF-South, a federal military installation in

order to, and willfully did, photograph a defense installation, to wit: digital JPEG photograph IMG_1252, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

**COUNT FOUR**
**Photographing and Sketching Defense Installations**
**(18 U.S.C. § 795)**

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, ZHAO QIANLI went upon and entered JIATF-South, a federal military installation in order to, and willfully did, photograph a defense installation, to wit: digital JPEG photograph IMG_1250, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

**COUNT FIVE**
**Photographing and Sketching Defense Installations**
**(18 U.S.C. § 795)**

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, ZHAO QIANLI went upon and entered JIATF-South, a federal military installation in order to, and willfully did, photograph a defense installation, to wit: digital JPEG photograph IMG_1255, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

## COUNT SIX
### Photographing and Sketching Defense Installations
### (18 U.S.C. § 795)

1.      The General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

2.      On or about September 26, 2018, in Monroe County, in the Southern District of Florida, ZHAO QIANLI went upon and entered JIATF-South, a federal military installation in order to, and willfully did, photograph a defense installation, to wit: digital JPEG photograph IMG_1254, without first obtaining permission of the commanding officer of the naval post, in violation of Title 18, United States Code, Section 795.

A TRUE BILL.

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MICHAEL R. SHERWIN
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                    **CASE NO.** _____

vs.

**ZHAO QIANLI,**                               **CERTIFICATE OF TRIAL ATTORNEY***

                    Defendant.
_____/               **Superseding Case Information:**

**Court Division:** (Select One)                New Defendant(s) Yes _____ No _____
                                               Number of New Defendants _____
Miami _____   Key West __X__                    Total number of counts _____
FTL _____    WPB _____   FTP _____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     Yes
     List language and/or dialect     Mandarin

4.   This case will take     __2__     days for the parties to try.

5.   Please check appropriate category and type of offense listed below:
     (Check only one)                          (Check only one)

I      0  to  5 days      __X__              Petty      _____
II     6  to  10 days     _____     Minor
III    11  to  20 days    _____            Misdem.    __X__
IV     21  to  60 days    _____            Felony     _____
V      61 days and over   _____

6.   Has this case been previously filed in this District Court?     No     (Yes or No)
If yes:
Judge: _____     Case No. _____
     (Attach copy of dispositive order)
Has a complaint been filed in this matter?     Yes     (Yes or No)
If yes:
Magistrate Case No.                  18-mj-05030-Snow
Related Miscellaneous numbers:       _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of  _____
Rule 20 from the District of         _____

Is this a potential death penalty case?     No     (Yes or No)

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     _____Yes     __X__     No

8.   Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     _____Yes     __X__     No

                                   _____
                                   MICHAEL SHERWIN
                                   ASSISTANT UNITED STATES ATTORNEY
                                   Court No. A5501230

Penalty Sheet(s) attached                              REV 4/8/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name: ZHAO QIANLI**

**Case No:**

Counts#: 1-6

Photographing and Sketching Defense Installations

Title 18, United States Code, Section 795

**\* Max. Penalty:** One (1) Year Imprisonment

Count#:

**\*Max. Penalty:**

Count#:

**\*Max. Penalty:**

Count#:

**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable