UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  18-10035-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

vs.

**ZHAO QIANLI,**

    **Defendant.**
_____/

**GOVERNMENT'S SECOND RESPONSE TO
THE STANDING DISCOVERY ORDER**

    The United States hereby files this supplemental response to the Standing Discovery Order, BATES No. 181 to 185.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

                                      Respectfully submitted,

                                      Ariana Fajardo Orshan
                                      United States Attorney

          By:     s/ *Michael R. Sherwin*
                   Michael R. Sherwin
                   Assistant United States Attorney
                   Court ID No. A5501230
                   99 Northeast 4th Street
                   Miami, Florida 33132
                   Tel: (305) 961-9067
                   michael.sherwin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. The foregoing document and all discovery document and items cited therein have also been mailed via Federal Express delivery to defense counsel at the below address:

**Hongwei Shang, Esq.**
Law Office of Hongwei Shang, LLC
7350 SW 89th Street, Suite 100
Miami, FL 33156
Phone (305) 670-5266

                                                s/ *Michael R. Sherwin*
                                                Michael R. Sherwin
                                                Assistant United States Attorney