UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO.: 18-CR-10035-KMM

UNITED STATES OF AMERICA,

                Plaintiff,

vs.

ZHAO, QIANLI,

                Defendant.

_____/

## **DEFENDANT'S MOTION TO CONSIDER ADDITIONAL FACTORS IN SENTENCING**

Defendant, ZHAO QIANLI ("Mr. Zhao"), by and through counsel, hereby moves the Court to consider additional factors in sentencing and in support states as follows:

1. The U.S Attorney's Office and Mr. Zhao have reached a plea agreement.

2. The plea and sentencing hearing is set for February 5, 2019, during which time, Mr. Zhao will accept the plea offer and execute the plea agreement.

3. Because the plea and the sentencing are set for the same day, the probation office prepared a Modified Sentencing Report without conducting any interview of Mr. Zhao.

4. The undersigned counsel contacted the U.S. Probation Officer, Cherie A. Audette, who advised the undersigned that since it is a modified report, their office will not revise the report unless the plea and the sentencing are separate and the court gives them enough time to interview Mr. Zhao. Ms. Audette further advised the undersigned to provide any additional information or documents to the Court directly in writing.

5. Mr. Zhao is a college student majoring in Musicology at College of Information and Business, North University of China. He came to the U.S. through a Summer Work Travel

1

J1 Visa Exchange Visitor Program offered by Life Adventures, Inc.  Copies of the J1 application package and the Summer Work Travel Employment Agreement are attached as **Exhibit A**.

6.  The Summer Work Travel Exchange Visitor Program was a three-and-a-half-month program that started on June 1, 2018 and ended on September 15, 2018. Mr. Zhao had a thirty-day grace period to depart the U.S. after the expiration of his J1 visa.

7.  Mr. Zhao arrived in the U.S. on around May 30, 2018. At the end of the program, Mr. Zhao wanted to tour the U.S. and booked an air ticket to travel to Miami on September 19, 2018. Mr. Zhao also purchased the return ticket to China and was supposed to depart the U.S. on September 30, 2018. He signed on a tour through Chengdu Universal Travel Corporation Wuhou and went to Key West on September 26, 2018 when he mistakenly went to the Navy base, JIATF-South. Enclosed as **Exhibit B** please find Mr. Zhao's Travel History Record.

8.  Mr. Zhao's English is limited and did not know that it was a military base when he entered JIATF-South. He was lost while touring Key West and saw some interesting structures while inside the naval base. Out of curiosity, Mr. Zhao took some pictures and videotaped some buildings.

9.  Upon his arrest, Mr. Zhao has been very cooperative with the government's investigation and confessed to the FBI and the U.S. Attorney's Office what he did.

10. Mr. Zhao has been penalized a lot for his mistake. He was sentenced to two months in Monroe County Jail for trespassing. He is currently in custody for the offense in the underlying case. He missed one semester of school and will miss the spring semester of 2019 as well.

11. Mr. Zhao has depression and has been taking medication in China and the U.S.  His parents worry about him and his health very much and expect him to return to China as soon as possible. Enclosed as **Exhibit C** please find pictures of medication Mr. Zhao was using. These pictures were taken by the FBI after a search of Mr. Zhao's belongings and provided to the undersigned as part of the discovery package.

12. Mr. Zhao has no prior criminal history other than the trespassing conviction and the underlying offense both of which arise out of the same incident.

13. Mr. Zhao will be transported to Krome Detention Center for removal proceedings at the completion of his term of imprisonment.

14. Considering the fact that Mr. Zhao has fully cooperated with all investigations of the case, he is a college student who needs to return to school immediately, he entered the naval base unknowingly and did not know he was not allowed to take pictures or videotape there, he has medical needs for his depression, and he has been penalized for the same incident by three different governmental agencies, we therefore respectfully request that the Court make a sentencing determination that will include minimal jail time and/or some alternatives to jail time.

WHEREFORE, Defendant, Qianli Zhao, respectfully requests that this Court make a favorable sentencing determination in his behalf that will include minimal jail time and/or some alternatives to jail time.

Dated: January 31, 2019.

**THE LAW OFFICE OF HONGWEI SHANG, LLC**
7350 SW 89th Street, Suite 100
Miami, Florida 33156
Phone: (305) 670-5266
Fax: (305) 670-5299
Email: hshanglaw@gmail.com

S/Hongwei Shang_____
Hongwei Shang, Esquire
Florida Bar No.: 0037199
*Attorney for Defendant*

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this

31st day of January, 2019, via court e-filing system to:

Michael Sherwin
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Phone: (305) 961-9067
Fax: (305) 536-4675
Email: Michael.Sherwin@usdoj.gov

  S/ Hongwei Shang_____
Hongwei Shang

# EXHIBIT A



# 中华人民共和国 PEOPLE'S REPUBLIC OF CHINA

护 照
PASSPORT



类型/Type P

国家码/Country Code CHN

护照号码/Passport No.

姓名/Name

赵乾利
ZHAO, QIANLI

性别/Sex 男/M

国籍/Nationality 中国/CHINESE

出生日期/Date of birth 14 MAR

出生地点/Place of birth 山西/SHANXI

签发日期/Date of issue 22 11月/NOV 2017

签发地点/Place of issue 山西/SHANXI

有效期至/Date of expiry 21 11月/NOV 2027

签发机关/Authority
公安部出入境管理局
MPS Exit & Entry Administration

持照人签名/Bearer's signature

赵乾利

POCHNZHAO<<QIANLI<<<<<<<<<<<<<<<<<<<<<<<<<<<<

03145M2711210NFNEMHKMMAPLA918


Life Adventures, Inc.

# ENGLISH COMPETENCY CHECK LIST
## Agency Interview Report Form

| **Zhao Qianli** | **Sunnysky China** |
|---|---|
| Applicant's First and Last Name | Applicant's Agency and Country |

**Q 1. Why does the applicant want to visit the United States this summer?**

He wants to practice his English and learn some American culture

**Q 2. What difficulties does the applicant think s/he will have this summer?**

N/A

**Q 3. How much money is the applicant planning to take for this trip?**

$1000

**Q 4. How is the applicant going to find housing and how much is s/he ready to pay for it?**

Her housing is provided by his employer on a $95 per week.

**Q 5. What is the work experience of the participant in his/her home country?**

N/A

**Q 6. Why does the applicant think the American employer will agree to hire him/her?**

She was already hired by the employer and she thinks she can do the job very well.

---

Applicant's level of English:   SPEAKING    1 ☐  2 ☐  3 ☐  4 ☑        LISTENING    1 ☐  2 ☐  3 ☑  4 ☐

**Please comment on applicant's suitability for the program (use rating below):**

He is easygoing and a very kind man, he believe he will work very hard during the summer and have a good knowledge of the program.

---

| Ladia Lei | | 10/15/2017 |
|---|---|---|
| Interviewer's First and Last Name | Interviewer's Signature | Date of Interview (MM/DD/YYYY) |

## ENGLISH SPEAKING ABILITY

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Speaks English very slowly. Has limited vocabulary, making communication difficult or impossible. Has severe grammatical errors making comprehension difficult or impossible. Has a very strong accent making communication difficult or impossible. | Speaks slower than normal but able to carry on a conversation. Vocabulary is basic but can make self-understood with some effort. Makes some grammatical errors in oral communication but overall meaning is understood. Has a strong accent but can still be understood with some effort. | Speaks English at a normal speed with very few pauses for words. Has a strong vocabulary base to carry on a conversation. Makes few grammatical mistakes in oral communication. Has a moderate accent but not difficult to understand. | Speaks at a normal speed with no pauses for words. Full knowledge of English vocabulary (slang, colloquial). Makes no grammatical errors in oral communication. Has a mild accent but not difficult to understand. |

## ENGLISH LISTENING ABILITY

| 1 | 2 | 3 | 4 |
|---|---|---|---|
| Understands very little spoken. English, even at a slow speed. Possesses limited vocabulary making communication difficult or impossible. Cannot understand or follow written directions. | Understands basic spoken English at a slower than normal speed, requires to repeat some questions. Vocabulary is basic but can understand other with some effort. Has minor difficulty reading but can follow basic written instructions. | Understands almost all conversation at a normal speed, occasionally requires clarification. Has a strong vocabulary base and understands some slang and colloquial expressions. Can read and understand written text. | Understands all conversations without any clarification. Full knowledge of English vocabulary (slang, colloquial). Can read and understand advanced text with few problems. |

# 中 北 大 学 信 息 商 务 学 院

## 在读及假期证明

　　兹证明赵乾利（男，▮▮▮年 3 月 14 日出生）于 2017 年 6 月参加全国统一高考，被我校音乐学专业录取，学制为四年，学号为 ▮▮▮▮▮▮▮▮，该生已完成大学一年级第一学期全部课程，预计于 2021 年 7 月毕业。

　　中北大学信息商务学院 2018 年暑期放假时间为 2018 年 6 月 15 日至 2018 年 9 月 15 日。

　　特此证明。

学院老师签字：▮▮▮▮
联系方式：0354-▮▮▮▮



## University Status Verification

This is to certify that Zhao Qianli, male, born on March 14th, ▮▮▮▮, was admitted into College of Information and Business, North University of China majoring in Musicology after reaching the required standard in the National College Entrance Examination in June 2017. It is a full-time, four-year program leading to a Bachelor's Degree Semester. His student number is ▮▮▮▮▮▮▮▮ He has completed and satisfied the requirements for 1 Academic Year 1. He is expected to graduate in July 2021. College of Information and Business, North University of China 2018 Summer Vacation is:

From June 15th, 2018,
To September 15th, 2018,

Signature of Teacher: ▮▮▮▮
Tel: 0354-▮▮▮▮

College of Information and Business, North University of China
Date: Dec. 28th, 2017

Life Adventures proof of funds and budget sheet

All participants on the Work & Travel program must provide financial documents verifying proof of funds to cover expenses and living cost during your visit to the USA.

Participant Name:        Last   ___Zhao_____   First   ___qianli____

Agency Representative:   Last _____Lei_____        First ____Ladia___
*(if applicable)*

We hereby certify that the above participant has provided us with verifiable proof of financial resources of no less than US$1,000.00 to cover the cost of living expenses for the first month in the USA, or until this participant receives his/her first paycheck.  These funds must be readily available to the participant to cover all necessary expenses associated with living in the United States for a minimum of one month without pay.

These funds will go to cover costs associated with, but are not limited to, housing expenses, housing deposits, daily meals, local transportation passes, airport transfers, domestic air/bus/train travel, phone calls, internet use, leisure activities, and employment uniform and certification fees.  This US$1000.00 in available funds does NOT include the standard cost required before leaving your country, such as the program fees, roundtrip flight to the USA, and SEVIS and US visa fees.

The source for the participant's funds will be provided through (select one these options below):
      1.   ( ) Participant's personal funds
Name of Bank where account is held or source of Credit
      2.   ( ) Family's financial support
Full Name of Parent or Legal Guardian Name (and their relation to the participant)

      3.   ( ) Other (please explain)

As the J1 Participant, undersigned here, I understand that if I fail to secure sufficient financial resources to support myself during my participation on the Work & Travel program in the USA, then Life Adventures reserves the right to expel me from the program and terminate my J-1 sponsorship in the USA.

J1 Participant Signature   _____   Date  14/01/2018_____

Agency, undersigned here, representing the Work & Travel program acknowledge that this participant has provided me with the documentation to verify sufficient proof of funds of no less than US$1000.00, and that this participant will have access to these funds while participating on the program.

Agency Representative Signature  *Ladia Lei*_____        Date:  14/01/2018_____
*(if applicable)*

Budget Sheet for Planning Income and Expenses
(To be completed by Participant)

To make sure you understand your financial situation while in the U.S., we request that you complete this budget sheet, sign it at the bottom, and attach it to your application form. Please also keep a copy for your records. The International Student Work and Travel Program is not a moneymaking program. The goal of the J-1 visa is to foster educational exchange. Upon arrival to the U.S. you should have no less than $1000 for initial living expenses until you receive your first paycheck. Depending on your job type/location, living arrangement, and transportation requirements, you may need even more. It is your responsibility to properly budget your finances for the duration of your time in the United States as a J-1 Exchange Visitor.

EXPECTED INCOME AND PERSONAL RESOURCE APPROXIMATE TOTAL GROSS INCOME
$_____4320_____ Total gross income equals total work weeks X the average work hours per week X your hourly rate.(Example: 12 weeks X 40 hours per week X US$9 per hour = US$4320.)
APPROXIMATE TOTAL NET INCOME
$_____3672_____ Subtract 15% for payroll withholding tax from your total gross income. (Example: US$4,320 X 0.85 = US$3,672)
PERSONAL RESOURCES:
$_____1000_____
TOTAL NET INCOME AND PERSONAL RESOURCES:
$_____4672_____ (Add total net income and personal resources.)

EXPECTED EXPENSES (Figure expenses for the total number of weeks you will be in the U.S.)
Fees paid to recruiter:       $__2980___
Visa application fee:       $____160_____
SEVIS fee:       $____35_____
International airfare:       $_____1000_____
Accommodations upon arrival in the U.S. (if necessary):   $____50_____
Transportation to host site from port of entry:    $_____0_____
Security deposit for apartment/dormitory at host site:     $_____0_____
Apartment/dormitory rent:       $____1200_____
Transportation to/from work:      $____50_____
Miscellaneous expenses not included in rent (sheets, towels, pots and pans, etc.):   $_____100_____
Food (Budget $50-75 per week if you cook your own meals. Budget more if you eat out.): $____1000_____
Entertainment (movies, museums, etc.):       $____100_____
Personal/Other (telephone, stamps, etc.):       $_____200_____
TOTAL EXPECTED EXPENSES       $_____2650_____
REMAINING MONEY FOR TRAVEL   $_____2022_____ (Subtract total expected expenses from total net income and personal resources.)

I understand that the above financial data is an estimate made by me. This form is meant to be a tool to help participants anticipate and budget expenses. Actual income and expenses may vary.

J1 Participant Signature   _____   Date  :14/01/2018



# LIFE ADVENTURES PROGRAM AGREEMENT

This agreement is between Life Adventures, Inc. and Qianli Zhao

. participant's first and last name

**Please print clearly below:**

*Country of Origin:*____China____*Passport #:*_███████____DOB:__03__/_14_/_█___*(mm/dd/yyyy)*

*Participant's Email:*_██████@qq.com____*Participant's Skype*_███████@qq.com

*Emergency Contact Person:*_████████_____*Relationship:*____Father

*Emergency Contact Person's Email:*_███████@qq.com_____*Cell Phone:*_████████

By signing the agreement I declare that I have read, understood and agree to the following:

**The Program**

**a.  Cultural Component**

1.  The Summer Work Travel J1 Exchange Visitor Program is not solely a work program but has a required cultural component. Participants must participate in at least one cultural activity outside of work (gatherings, local events, sporting events, community events, festivals, etc.) in order to expand their knowledge of American culture and life.

2.  Participant is required to report on these cultural activities each month during his/her 30-day check in. Failure to participate in this required cultural component can result in the termination of the program.

**b.  Communication with Life Adventures**

1.  Participant must provide Life Adventures with an up-to-date working e-mail address and is required to check-in at least once a month from the time he/she been accepted and while in the USA. Participant is responsible for giving updates about changes to e-mail address, work/living address, change of jobs, cultural exchange, etc.

**c.  Program Termination**

1.  The following actions can result in the termination of the program: failure to confirm validation of the program within 10 days of the DS2019 start date, failure to check in with Life Adventures every 30 days of the active program, working for a prohibited employer or for one not verified by Life Adventures, failure to participate in cultural activities, failure to pursue program activities, failure to submit a change of current address within 10 days, failure to maintain health insurance, conviction of a crime, violation of Exchange Visitor Program regulations or violation of Life Adventures program rules, including failure to attend the mandatory Pre-departure Orientation meeting and leaving your US employer without following all Life Adventures procedures.

2.  Participant terminated from the program will result in their sponsorship ending, their SEVIS status changed to "terminated," and requiring immediate departure in the US. Termination status can affect your ability to obtain visas to the US in the future.

**d.  Program Shortage**

1.  If participant decides to end his/her program before the end date specified on the DS2019 form, participant must follow the procedures for leaving an employer early and inform Life Adventures to change their SEVIS status to "inactive". After this is done the participant can begin their 30-day grace period.

**Fees**

1.  All fees for sponsorship, SEVIS, and insurance must be paid in advance of issuance of DS2019. Failure to do so may result in delay or cancellation of issuance of DS2019. Life Adventures is not responsible for such delays or cancellations and any consequent loss or/and moral harm.

**Cancellation and Refund**

1.  If any, refunds will be given at Life Adventures discretion and per your home country agency agreement. Refunds will not be given for loss of housing deposit, transportation fees, or any additional expenses incurred during your stay in the US.

2.  In case of cancellation for any reason, Life Adventures is not responsible for any other expenses incurred by the participant (e.g. U.S. consulate visa fees, transportation costs or penalties, etc).

3.  Once the participant arrives in the US and/or starts the program, there will be no refund of any program fees, regardless of the reason why the participant cannot or chooses not to continue the program.

**As a J1 Summer Work Travel participant, I agree to abide at all times to the rules set forth by the State Department and Life Adventures pertaining to J1 Exchange Visitor Program:**

Participant's Signature _____

**Acceptance**

1. Participant must be at least 18 years and not older than 29 years of age by 1 May 2016; be enrolled full-time at an accredited post-secondary (tertiary) academic institution outside of the United States and have successfully completed at least one semester.
2. Participant must have English language skills sufficient to successfully function on a day-to-day basis in an English language environment. Life Adventures or a Life Adventures approved representative / recruiter will conduct an interview to help you better understand the program and to assess your English language proficiency, work skills and experience.

**Documentation**

1. Participant must have a valid passport with an expiration date **at least 6 months after the program end date**.
2. The application form and supporting papers are legal documents. Any false, misleading or withheld information on your application or inappropriate behavior during your interview, prior to departure for the USA or during your participation on the program, are grounds for immediate cancellation from the program without refund. Participant is required to inform Life Adventures of any changes in information provided within your initial application, including but not limited to: health conditions, student status, availability dates, and contact details. Failure to do so may result in immediate cancellation from the program without refund.

**Medical Insurance**

1. Life Adventures provides the mandatory 3-month medical insurance coverage as part of the program fees. If participant chooses to stay in the US more than 3 months, participant can pay US $80 for additional month prior to entering the US, or after the program end date if chosen to do so. Life Adventures recommends extending insurance coverage to include any time in the US during the grace period.
2. Insurance policy is compulsory for the dates on the DS2019 form.
3. The insurance policy includes accident, sickness and medical evacuation coverage. Insurance does not cover pre-existing conditions or car insurance. In the case of an accident or illness, it is participant's responsibility to submit a claim form with all original documentation and follow the procedures set out by the insurance company, this information can be found on the medical insurance website provided before your arrival. All claims, processing, and queries are between you and the insurance company. Please see the insurance documents provided before departure for full details of the coverage.

**Pre-arranged Employment**

1. U.S. State Department regulations require that all participants have a pre-arranged Job Offer before traveling to the US. Participant is required to provide a fully completed Job offer form no later than **1 April 2018**, which will be verified with the employer.
2. If a job presented for vetting is proved false, participant agrees to pay an additional a US $75 fee should s/he chooses to submit another job offer for vetting.
3. Should participant choose to change his/her pre-arranged employment before departure for the United States, s/he agrees to pay an additional US$50 fee to vet and approve that location.

**Summer Employment**

1. It is a requirement of J1 visa that participant is employed while on the program in the USA. Participant agrees that the minimum work time on the program will be 3 weeks and the maximum will be 4 months.
2. Failure to maintain employment during the dates of the visa can result in the early ending of the visa. Participant is eligible for a 30-day grace period after the end date on the DS2019 form. This grace period is to prepare for return home and/or to travel ONLY within the borders of the USA.
3. Participant must report to his/her verified employer. **Working for any employer that has NOT been verified and approved by Life Adventures will result in immediate termination from the program as required by State Department regulations**. Only if participant is given permission to not go to the verified employer, participant will be required to have a new job offer that Life Adventures will verify.

**Leaving or Changing/Employer**

1. Participant is expected to complete the full dates on the job offer. If participant wants to leave the employer before the end date and not find another employer, he/she must obtain approval from Life Adventures to do so. **If permission is given, participant will be required to give his/her employer two-week notice and to work through the two weeks if the employer requires this and the 30 day grace period for travel begins at the last date of employment.**
2. In case of changing employers, participant must provide his/her new Job offer form fully completed and signed to Life Adventures to be verified within 10 days after leaving the initial employer.

**Social Security**

1. In order to work in the USA, participant must apply for and be issued a Social Security card within first 2 weeks in the US, information on how to receive your SSN will be provided before or upon arrival.
2. Life Adventures is not responsible for the time it takes to process Social Security number.

---

**As a J1 Summer Work Travel participant, I agree to abide at all times to the rules set forth by the State Department and Life Adventures pertaining to J1 Exchange Visitor Program:**

Participant's Signature _____

**Housing and Other Leaving Expenses**

1. Unless the employer provides or arranges housing, participant is required to make housing arrangements.
2. Participant is required to inform Life Adventures should any housing information change during the program. Changes are required to be in writing to Life Adventures via web site or e-mail.
3. Participant must have access to US funds of US $1200 to cover living expenses and/or any personal needs prior to receiving a first paycheck.

**J1 Summer Work Travel Visa**

1. The DS2019 form used to apply for the J1 visa will be issued once participant have verified his/her Job Offer form with Life Adventures, have paid all program fees and provided all the required documentation.
2. Visa dates must conform to the State Department approved SWT dates for participant's country.
3. If there are changes to any personal information or the dates of the program after the DS2019 is issued, there is a US$25 fee to change specific information, and a US$50 fee to reprint a new form.
4. The U.S. consulate charges fees for the processing of the J-1 visa. An additional fee of US$35 for the SEVIS system must be paid prior to visa interview with the U.S. Embassy or consulate.
5. Participant must enter the U.S. by the start date on the DS2019 form and validate the program with Life Adventures within the required 10 days. Failure to validate the program within the required 10 days will result in a SEVIS status of "No Show" which means participation in the program has been cancelled. If at any point participant realizes their arrival will be later than the begin date on the DS2019 they must report this to Life Adventures immediately.
6. Participant is required to check in with Life Adventures upon arrival and every 30 days after the date of the program validation during their stay in the US. Failure to check in will result in a SEVIS status of "terminated" which means participation in the program has been cancelled, and will require their immediate return home.
7. If participant chooses to extend their program dates- to remain within allowed dates as determined by the Department of State, they can contact Life Adventures for this request; if approved they agree to pay an additional $100 for processing and extension of medical insurance.

**Pre-departure Orientation**

1. Life Adventures through its recruiting companies provides **a mandatory pre-departure Orientation meeting** in the participant's home country to give detailed information about the J-1 visa, program rules and life in the United States. U.S. government regulations require that participant attend this orientation. Failure to do so will result in the cancellation of the program without refund.
2. Participant must provide Life Adventures a Pre-departure Orientation sign list to confirm attendance prior departure from his/her home country.

**Travel**

1. Participant must purchase roundtrip air flight to and from the USA and to the employer.
2. Participant must provide Life Adventures copies of the flight itinerary prior to departure to the US. Participant must provide life Adventures copies of the flight itinerary if any changes in dates.
3. Before arrival

**Personal Background**

1. Participant acknowledges that he/she has not been arrested and/or convicted of any alcohol related offense, including driving While intoxicated in the last 5 years.

*By submitting my name below, I acknowledge that I have read and understand the Agreement and that violation of any of the terms of this agreement may result in Program cancellation. Such cancellation will mean immediate termination of my sponsorship and forfeiture of all program fees paid. Further, this termination will result in my Visa no longer being in effect and I will be required to immediately return to my home country.*

| | | 02/26/2018 |
|---|---|---|
| PARTICIPANT'S FIRST AND LAST NAME (please PRINT) | SIGNATURE | DATE (mm/dd/yyyy) |

**As a J1 Summer Work Travel participant, I agree to abide at all times to the rules set forth by the State Department and Life Adventures pertaining to J1 Exchange Visitor Program:**



Life Adventures, Inc.

**SUMMER WORK TRAVEL PARTICIPANT
PRE-DEPARTURE ORIENTATION CONFIRMATION**

I was provided with pre–departure orientation material outlining US entry information, program obligations, US laws, and other necessary information that I may need for the success of the program.

I understand that my sponsor is my first point of contact in the US and will support and assist me in times of need.  I also understand that my sponsor requires that I maintain compliance with the program regulations and is obligated to terminate my program if I fail to meet my responsibilities.

For my convenience, my sponsor has outlined here some of the main points included in this material to emphasize my responsibilities and obligations. Failure to comply fully with these or other program regulations may result in the termination or early end of my program. If my program is terminated or ended early, I must return home immediately at my own cost and no refund of program fees will be provided.

Please tick the boxes below:

- ☒ I am responsible for reporting to my sponsor my expected entry date and departure date and must update my sponsor of any changes prior to my departure.
- ☒ I must arrange my arrival in accordance with arrival practices of my employer and I must arrive in time to attend my contracted first day of work. Any travel delays or cancellations that would affect my ability to meet this obligation must be reported to my sponsor and my employer.
- ☒ I must check–in with my sponsor within 5 days of my program beginning date as indicated in Section 2 of my DS2019 or my visa and confirm my specific US address and employment.
- ☒ I must check–in with my sponsor within every 30 days after my initial check-in and confirm my specific US address and current employment.
- ☒ I must adhere to the required continued communication as outlined by my sponsor.
- ☒ I must update my sponsor of any change of US address including relocation of building or bunk.
- ☒ I must respond to any sponsor initiated communication within 5 days.
- ☒ I must endeavor to complete my employment as per the contract submitted to my sponsor and must report any grievances to my sponsor.
- ☒ I am only permitted to work for the employer initially approved for my sponsorship and indicated on my form DS2019. Accepting unapproved employment is not permitted under any  circumstance.
- ☒ Secondary/Alternate employment can only be approved after undergoing the proper process for employer vetting and approval. I understand that potential employers must be willing to provide my sponsor with required documentation including a seasonality survey, business license copy, and workman's compensation  policy.
- ☒ I understand that termination of my initial employment (voluntarily or involuntarily) does not automatically permit me to seek for or accept alternate employment. My sponsor will consider the reason for termination and a decision will be made regarding my visa status. If I remain in good standing and want to continue my program, I am permitted to seek alternate employment or request assistance from my sponsor in securing alternate employment, but I must have adequate funds accessible to me to cover all living expenses and travel during this search. If alternate employment is not found or approved within 10 days, I can choose to return home at my expense or I can request an extension to continue seeking employment. I understand that extensions are only permitted if I can show that I have access to funds to cover additional living expenses. If I do not have accessible funds, I understand that I will have to return home at my  expense.
- ☒ I must engage in cultural activities and report such activities to my sponsor.
- ☒ I must maintain medical insurance coverage for the entire length of my program.
- ☒ I must abide by all US laws.
- ☒ I must not bring disrepute to my employer, my sponsor or the program as a whole.

| Qianli Zhao | Qianli Zhao | 02/08/2018 |
|---|---|---|
| PARTICIPANT'S FIRST AND LAST NAME (please PRINT) | SIGNATURE | DATE |

# J1 Participant Character Reference

(To be completed Professional Referee: Friends, Family Members and Neighbors do not Qualify)

_Zhao_
Last Name (of Applicant)

_Qianli_
First Name (of Applicant)

_03/14/_
Date of Birth (MM/DD/YYYY)

The above person has made application for sponsorship in the Exchange Visitor Program and is requesting you to provide a character reference on his/her behalf.  In some cases applicants are looking for positions at US Summer Camps that would involve them working closely with children.  We appreciate your help in our screening of this applicant.

**A.  Please complete the following information to the best of your knowledge.**

1.  What is your relationship to the applicant? (employer, teacher, coach, pastor, etc)  ___teacher___

2.  How long have you known the applicant?  ___2 years___

3.  Would you hire this applicant to work with a child of your own?  _Yes_ , No

4.  To the best of your knowledge, has the applicant ever been convicted or pleaded guilty to child abuse or any other felony?  Yes   _No_

5.  Is there any reason you are aware of that this applicant should not work with children?  Yes   _No_

**B.  Please rate the applicant on the following:**

|  | Excellent | Good | Fair | Poor | Unable to Judge |
|---|---|---|---|---|---|
| Communication Skills |  | ✓ |  |  |  |
| Maturity Compared with Peers |  | ✓ |  |  |  |
| Overall Health, Energy and Endurance |  | ✓ |  |  |  |
| Leadership Skill |  |  | ✓ |  |  |
| Ability to Get Along With Others |  |  | ✓ |  |  |
| Sense of Humor |  | ✓ |  |  |  |
| Ability to Adapt to New Situations |  |  | ✓ |  |  |
| Ability to Handle Difficult Situations |  |  | ✓ |  |  |
| Ability to Accept Responsibility |  | ✓ |  |  |  |

**C.  Please use the space below to provide comment on the applicant's suitability for employment.**

_Zhao has the excellent ability of systematical management in the team._

**D.  Referee Information**

Your Name (please print)  _Wang Qing_

Position/Organization  _ShanXi_        Title  _teacher_

Signature  _Wang Qing_        Date:  _1.15.2018_

As part of our application process, we reserve the right to confirm references.  Please provide the following contact information.  References submitted without contact information will not be accepted.

Email Address  ▮▮▮▮▮▮▮▮

Phone (please include country code)  _+86_ ▮▮▮▮▮▮        Skype _____ (Optional)

RV Effective 09/05/2013





# Life Adventures, Inc.
## Summer Work Travel Employment Agreement
(Must be completed by the employer. Life Adventures will contact you to verify this Job Offer.)

**Position is offered to:** Zhao Qianli
PARTICIPANT'S FIRST AND LAST NAME

**from:** China
PARTICIPANT'S COUNTRY

## EMPLOYER INFORMATION

Name & Title: Aileen Gulino, Manager
NAME OF THE PERSON AUTHORIZED TO HIRE

Work Phone: 732-793-███
BEST NUMBER TO CALL THE PERSON AUTHORIZED TO HIRE

Corporate email: ██████████
EMAIL OF THE PERSON AUTHORIZED TO HIRE

Cell Phone:
IN CASES IF THE WORK PHONE NUMBER DOES NOT RESPOND

## COMPANY INFORMATION

Corporate Name (incl. dba name): Saulwil Inc dba The Crab's Claw Inn
AS LISTED ON CORPORATE PAPERS

Corporate Address: 601 Grand Central Ave | Lavallette | NJ | 08735
STREET | CITY | STATE | ZIP CODE

Corporate Phone: ██████████ | Corporate Fax: ██████████

Corporate Website: www.thecrabsclaw.com | Federal Tax ID (EIN): 2 2 2 1 4 ██████
9 DIGITS GIVEN TO EMPLOYERS BY THE IRS

Is your business affected by seasonality (mainly summer period)? ☑ Yes ☐ No

Is the company licensed to do business in the state where the participant will be working? ☑ Yes ☐ No

If your company is exempt from carrying Workers' Compensation, please indicate the reason here:
N/A

**As part of the verification process, we must have a copy of the license or certificate that allows you do business in your state or locality and your worker's compensation insurance policy cover page. You can give these to the participant you are hiring or email these directly to Life Adventures at vetting@lifeadventures.us.**

How many international students do you plan to hire for the coming summer? 6

Have you hired international students previously? ☑ Yes ☐ No

If yes, specify: years 2005-2017 | number of students | agency varies

## JOB INFORMATION

Position: Kitchen staff | Duties: Dishwasher, food prep, line cook, cleaning and sanitation

Work Site Address: 601 Grand Central Ave | Lavallette | NJ | 08735
STREET | CITY | STATE | ZIP CODE

Name of Supervisor: Franny
NAME OF THE PERSON OVERSEEING PARTICIPANTS ON WORK SITE

Supervisor's Phone: ██████████ | Supervisor's email: ██████████

Employment starts: 06/01/2018 | ends: 09/15/2018 | Are these dates flexible? ☑ Yes ☐ No

Wage per hour: $ 10.00 | Pay frequency: Biweekly | Estimated hours per week: 32-40

Is the wage paid the same wage paid to an American in an equivalent position? ☑ Yes ☐ No

Overtime available? ☑ Yes ☐ No | If yes, specify the hours over 40 | and pay rate per hour x 1.5

Will you hire and pay wages without a Social Security number if the participant has proof of application for the card? ☑ Yes ☐ No
IT IS LEGAL TO HIRE AND PAY WORKERS WHO DO NOT HAVE A SOCIAL SECURITY NUMBER BUT HAVE PROOF OF APPLICATION FOR THE CARD. THE DS2019 AND I-94 FORM PROVE WORK AUTHORIZATION. IT IS ILLEGAL TO ALLOW EMPLOYEES TO WORK AND NOT TO PAY ALL ON THE SAME PAYROLL SCHEDULE. SEE 26CFR31.6011(B)-2 OF THE INTERNAL REVENUE LAWS.

Uniform required? ☑ Yes ☐ No | If yes, specify: chef pants, coat, hat, non-slip close-toed shoes | cost: $ 100

Any discounts, meals, bonuses available for participants in your business ☑ Yes ☐ No

If yes, specify: meals provided at work

**14258 Creek Run Drive, Riverview, FL 33579, USA**
**Phone: 888-896-4953, Fax: 267-295-7831**
**email: vetting@lifeadventures.us**
**www.lifeadventures.us**

## HOUSING INFORMATION

Is employee housing available? ☐ Yes   ☒ No    Is employee housing mandatory? ☐ Yes   ☐ No

Housing Address: _____
STREET                                      CITY                STATE        ZIP CODE

Type of Accommodation: ☐ Hotel  ☐ House  ☐ Apartment  ☐ Dorm  ☐ Other  If other, specify

Number of rooms: _____ | People per room: _____ | Number of bathrooms: _____

Amenities included in housing: ☐ Furniture ☐ Kitchen  ☐ Internet access  ☐ Laundry ☐ Linen

Rent Amount: $ _____ per  ☐ week  ☐ month    | Deposit amount: $ _____

Is deposit refundable? ☐ Yes   ☐ No | Conditions of refund?

Other monthly costs: _____ | Are housing costs payroll deducted? ☐ Yes   ☐ No

Transportation available for daily use in the area: ☒ Public Buses  ☒ Shuttles/Taxis  ☒ Bicycles ☐ Subway

If housing provided, what is the approximate cost of to/from transportation? $

If housing provided, how will participant get to and from work? walking or bicycle

If no housing provided, how will the student be assisted in housing search?

## EMPLOYER AGREEMENT

**By completing this Agreement host company agrees to:**

a. Inform Life Adventures should there be any change in Participant's job descriptions and/or work location.
b. Inform Life Adventures of the participant's arrival named on this agreement at vetting@lifeadventures.us
c. Inform Life Adventures should the participant not show for work without cause and/or reason.
d. Ensure that Participant's minimum length of employment is 3 weeks and maximum is 4 months.
e. Ensure that pay to the participant is in accordance with State and Federal law.
f. Contact Life Adventures should any emergency occur regarding the participant.
g. Inform Life Adventures of any change of living arrangements as given in this agreement.
h. Help the participant in getting involved in cross cultural activities.

**As a part of the J-1 Summer Work Travel, host company understands that:**

a. Participants must contact Life Adventures within 10 days of arriving to the USA.
b. Participants must validate their program within 10 days of the start date on the DS-2019.
c. Participants are ONLY allowed to work from the start date to the end date indicated on the DS-2019.
d. Participants are NOT allowed to switch jobs or leave employment without written consent from Life Adventures.
e. Participants are NOT allowed to start the second job without written approval from Life Adventures.
f. Participants must notify Life Adventures within 10 days of changing housing address.
g. Participants (or employers) must notify Life Adventures of the work site address changes.
h. Participants must complete monthly check-ins with Life Adventures.
i. The Work/Travel program is an exchange program. As such, the above-mentioned company agrees to assist to promoting opportunities for cultural exchange with US citizens.

**Aileen Gulino**                                                         | 01/24/2018
EMPLOYER'S NAME FIRST AND LAST NAME              SIGNATURE         DATE (mm/dd/yyyy)

## PARTICIPANT AGREEMENT to terms of employment

**By signing this Agreement I understand that:**

a. The conditions of my employment may change based on the needs of my employer and any other unavoidable circumstances such as weather or economic state.
b. My visa status will be change to "Terminated" in case I do not show up to the above listed work place (unless the serious reason occurs) and I will have to leave the United States immediately.

Qianli Zhao                          |  Qianli Zhao                    | 02/24/2018
PARTICIPANT'S FIRST AND LAST NAME          SIGNATURE          DATE (mm/dd/yyyy)

**14258 Creek Run Drive, Riverview, FL 33579, USA**
**Phone: 888-896-4953, Fax: 267-295-7831**
**email: vetting@lifeadventures.us**
**www.lifeadventures.us**

Job Offer Form SWT | Page 2 of 2 | Updated

EXHIBIT B

Page 1

9:58AM

Travel History

New York (Check Info)

May 29 Tuesday

Beijing − New York

Transfer in Los Angeles                                                        (Check Order)

| First Trip | Second Trip |
|:----------:|:-----------:|

American Airlines AA010 May 29 Departure

Los Angeles T4                5h32m              John F. Kennedy International T8

21:00 Departure……………………………………………05:32 (add one day) 05/30/2018

Baggage Belt 7

ZHAO/QIANLI

Delete the trip

…………End……………

Page 2

9:59AM Travel History

| Delete the trip |
| --- |

Miami   （Check Info）

September 19 Wednesday

Philadelphia – Miami

Transfer in Atlanta                                    (Check Order)

| **First Trip** | **Second Trip** |
| --- | --- |

Delta DL1494  September 19 Departure

Philadelphia International D                2h12m                Hartsfield-Jackson

11:51 Departure.............................................................................................14:03 Arrival

Baggage Belt 6

ZHAO/QIANLI

| Delete the trip |
| --- |

Page 3

9:59AM Travel History

Delete the trip

Miami　（Check Info）
September 19 Wednesday
Philadelphia – Miami
Transfer in Atlanta

| First Trip | Second Trip |
|---|---|

Dalta DL1956 September 19 Departure

Hartsfield-Jackson                      1h56m                          Miami International S

16:07 Departure............................................................................................18:03 Arrival

Baggage Belt 5

ZHAO/QIANLI

Delete the trip

Page 4

10:00AM

Travel History

September 26 Wednesday

Local Travel                                              Confirmed

Miami Departure, Renyou American Tour Key West

Key West 1day trip Shuttle included

Departure Date 2018-09-26 Wednesday 1 Adult

| Delete the trip |
| --- |

Miami (Check Info)

September 19 Wednesday

Philadelphia − Miami                                  (Check Order)

Transfer in Atlanta

| First Trip | Second Trip |
| --- | --- |

Delta DL1956 September 19 Departure

Page 5

10:01

Travel History

New York (Check Info)

September 29 Saturday

Miami – New York

American Airlines AA1171 September 29 Departure

Miami International                            3h5m                    LaGuardia B

19:54 Departure………………………………………………………………………22:59 Arrival

Baggage Belt C

ZHAO/QIANLI

Delete the trip

Page 6

10:01AM

Beijing (Check Info)

September 30 Sunday

New York – Beijing                                          (Check Order)

Transfer in Chicago

| First Trip | Second Trip |
|:----------:|:-----------:|

American Airlines AA030 September 30 Departure

LaGuardia B                     2h34m                     Chicago O'Hare T3

13:30 Departure...................................................................15:04 Arrival

Entrance D4

ZHAO/QIANLI

Delete the trip

Page 7

10:01AM

Travel History

Beijing (Check Info)

September 30 Sunday

New York – Beijing

Transfer in Chicago                                      (Check Order)

| First Trip | Second Trip |
|------------|-------------|

American Airlines AA187 September 30 Departure

Chicago O'Hare T3                    13h25m                    Beijing Capital International T2

17:55 Departure……………………………………………………………………………20:20 (Add one day) 2018-10-01

Baggage Belt 8

ZHAO/QIANLI

Delete the trip

## CERTIFICATE OF TRANSLATION

I, YUN CUI, CERTIFY that I am competent in translating from Chinese to English and from English to Chinese and the above is a true and correct translation of the document attached hereto.

Dated:  11/28/2018

_____
YUN CUI

**STATE OF FLORIDA** )
**COUNTY OF MIAMI-DADE** )

Sworn to, subscribed and acknowledged before me this __28th__ day of __November__, 2018 by YUN CUI, ( ✓ ) who is personally known to me; or ( ) who has produced _____ as identification and did not take an oath.

(SEAL)

> NOTARY PUBLIC
> HONGWEI SHANG
> MY COMMISSION #FF935402
> EXPIRES: FEB 12, 2020
> Bonded through 1st State Insurance

_____
Notary Public

搜索　上午9:58

## 历史行程

纽约　查看攻略 ›

● 05月29日　星期二

 北京-纽约
洛杉矶中转

查看订单 ›

| 第1程 | 第2程 |

 美国航空AA010　05月29日起飞

洛杉矶T4　　5h32m　　肯尼迪国际T8
21:00　　　✈　　　05:32 +1天
起飞　　　正常　　　2018-05-30

行李转盘
7

 ZHAO/QIANLI

删除行程

亲,没有更多了

搜索 上午9:59

# 历史行程

删除行程

# 迈阿密 查看攻略 >

● 09月19日 星期三

 费城-迈阿密   查看订单 >
亚特兰大中转

| 第1程 | 第2程 |
|---|---|

 达美航空DL1494  09月19日起飞

费城国际D    2h12m    哈茨菲尔德杰克...
11:51      ✈      14:03
起飞      正常      到达

行李转盘
6

 ZHAO/QIANLI

删除行程

# 历史行程

删除行程

## 迈阿密 查看攻略 >

● 09月19日 星期三

 **费城-迈阿密** 亚特兰大中转　　　查看订单 >

| 第1程 | 第2程 |

 达美航空DL1956　09月19日起飞

哈茨菲尔德杰克... 1h56m 迈阿密国际S
**16:07** ✈ **18:03**
起飞 正常 到达

行李转盘
5

 ZHAO/QIANLI

删除行程



## 历史行程

‹

• 09月26日　星期三

 当地玩乐　　　　　　　　　交易成功 ›

【迈阿密出发】任游 美国旅游 基韦斯特1日游 含接送Key West

出行时间　　2018-09-26 周三 1名成人

删除行程

迈阿密 查看攻略 ›

• 09月19日　星期三

 费城-迈阿密　　　　　　　查看订单 ›
亚特兰大中转

| 第1程 | 第2程 |
| --- | --- |

 达美航空DL1956　09月19日起飞

哈茨菲尔德杰克          1h56m          迈阿密国际S

搜索 · · · 上午10:01 · 50%

‹ 历史行程

# 纽约 查看攻略 ›

● 09月29日 星期六

 迈阿密-纽约 查看订单 ›

 美国航空AA1171 09月29日起飞

| 迈阿密国际 | 3h5m | 拉瓜尔迪亚B |
|---|---|---|
| **19:54** | ✈ | **22:59** |
| 起飞 | 正常 | 到达 |

行李转盘
C

 ZHAO/QIANLI

( 删除行程 )

● 09月26日 星期三

 当地玩乐 交易成功 ›

 【迈阿密出发】任游 美国旅游 基
韦斯特1日游 含接送Key West

搜索  上午10:01  50%

< 历史行程

# 北京 查看攻略 ›

● 09月30日 星期日

 纽约-北京
芝加哥中转

查看订单 ›

第1程 | 第2程

 美国航空AA030 09月30日起飞

拉瓜尔迪亚B
**13:30**
起飞

2h34m
✈
变更

芝加哥奥黑尔T3
**15:04**
到达

登机口
D4

 ZHAO/QIANLI

删除行程

# 纽约 查看攻略 ›

● 09月29日 星期六

搜索 上午10:01 50%

< 历史行程

# 北京 查看攻略 >

● 09月30日 星期日

 纽约-北京
芝加哥中转

查看订单 >

第1程 | 第2程

 美国航空AA187 09月30日起飞

芝加哥奥黑尔T3      13h25m      北京首都国际T2
17:55            20:20 +1天
起飞      正常      2018-10-01

行李转盘
8

🪑 ZHAO/QIANLI

删除行程

# 纽约 查看攻略 >

● 09月29日 星期六

EXHIBIT C








