UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-10035-CR-MOORE/SIMONTON

**UNITED STATES OF AMERICA,**

**vs.**

**ZHAO QIANLI,**

    **Defendant.**
_____/

## GOVERNMENT'S SENTENCING MEMORANDUM AND MOTION FOR UPWARD VARIANCE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submit this Sentencing Memorandum for the Court's consideration at sentencing on February 5, 2019, and in support of an upward variance of three (3) months.

### PROCEDURAL AND FACTUAL BACKGROUND

On September 26, 2018, defendant **ZHAO QIANLI** was arrested by the Key West Police Department after being apprehended while trespassing the secure grounds of the U.S. Military Installation, Joint Interagency Task Force South ("JIATF-South"), Naval Air Station Key West. Federal charges were subsequently filed via criminal complaint on November 29, 2018. (ECF Docket No. 1) As set forth in the criminal complaint:

> The fence line **ZHAO QIANLI** circumvented had numerous warnings that noted the fenced facility was a "Military Installation" and "Restricted Area;" warning signs posted on the beach also noted that the facility was a "Restricted Area" and "U.S. Navy Property."

> After entering the restricted facility, witnesses observed **ZHAO QIANLI** walk directly toward the restricted JIATF-South Antenna Field and take several photographs with his Motorola cellular telephone and Canon EOS digital camera.

1

Witnesses then observed **ZHAO QIANLI** take photographs with these devices of various other government buildings within the vicinity of the restricted JIATF-South Antenna Field.

On December 4, 2018, a six (6) count Indictment was returned in the Southern District of Florida charging **ZHAO QIANLI** with violating Title 18, United States Code, Section 795 (Photographing Defense Installations).

## FACTS AND DISCUSSION IN SUPPORT OF VARIANCE

As properly calculated in defendant's Presentence Report ("PSR"), the guideline range for this offense is 0 to 6 months' imprisonment. Pursuant to Title 18, United States Code, Section 3553(a), the United States requests this Court to consider the imposition of a nine (9) month sentence given:

(1) The nature and circumstance of the offense.

(2) The need for the sentence imposed – (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; [and] (B) to afford adequate deterrence to criminal conduct.

A court should sentence above the applicable guideline range where it finds aggravating circumstances "of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the guidelines that . . . should result in a sentence different from that described." 18 U.S.C. § 3553(b)(1). *See also* USSG § 5K2.0. Chapter 1, Part A of the Guidelines further states:

> The Commission intends the sentencing courts to treat each guideline as carving out a "heartland," a set of typical cases embodying the conduct that each guideline describes. When a court finds an atypical case, one to which a particular guideline linguistically applies, but where conduct significantly differs from the norm, the court may consider whether a departure is warranted.

2

The circumstances of this case are atypical and not emblematic of an absent tourist who mistakenly trespassed upon and casually took multiple photographs and video of a military installation. Accordingly, variance is warranted for the following reasons:

First, the defendant clearly knew he was trespassing upon a secure U.S. military installation at this time of his arrest. **ZHAO QIANLI** was observed walking along the fence line prior to the trespass and not only took photographs and video of JIATF-South's secure Antenna Farm, but also photographs of the restricted warning signs. As made apparent during the defendant's debrief with the Federal Bureau of Investigation ("FBI") on December 7, 2018, **ZHAO QIANLI** understands English and was easily able to read the military installation warnings signs in English when confronted with his photographs of these warning signs.

At this same debriefing with the FBI on December 7, 2018, **ZHAO QIANLI** was not completely truthful and provided conflicting information, to include:

**ZHAO QIANLI** stated he was in the "last year of a four year study of music program" at the North University of China, yet stated on his Visa Application of April 23, 2018, that he began attending the university music program in 2017. Evidence recovered from the defendant's cellular phone further showed documentation of a university engineering course curriculum – *when confronted with this information, **ZHAO QIANLI** simply stated he "did not know how it got on my phone."*

**ZHAO QIANLI** further admitted during his debrief to receiving military training as a university student in China, yet provided false information on his Visa Application of April 23, 2018, by failing to disclose such military service. When further confronted with a police blouse and People's Republic of China ("PRC") Interior Ministry belt buckle recovered from the hotel he

3

was staying at in Miami Beach prior to his Key West excursion, **ZHAO QIANLI** stated these items were given to him by his father so he could "have nice clothes" to wear on his visit to the United States.

**ZHAO QIANLI** was additionally confronted with photographs recovered from his cellular phone of uniformed individuals who appeared to be attending PRC military training - *ZHAO QIANLI stated he did not recognize the pictures and did not "know how they [the photographs] got onto my phone."*

**ZHAO QIANLI** also stated during his debrief with the FBI that he was traveling to Key West at this time of the instant offense to "see the sights, such as the Hemingway House" and other tourist attractions. However, none of the photographs recovered from his camera or cellular phone showed evidence of Key West tourist attractions, in contrast to the multiple pictures of JIATF-South and its secure Antenna Farm recovered from the defendant's electronic devices.

## CONCLUSION

For the reasons set forth above, the United States respectfully requests this Court vary (or depart) upward from the USSG guidelines range in the instant matter to fully account for the full scope and seriousness of defendant's conduct, taking into account the nature and circumstances of the defendant's offense, promoting respect for the law, and providing just punishment for the defendant's conduct.

                                  Respectfully submitted,

                                  Ariana Fajardo Orshan
                                  United States Attorney

By:   s/ *Michael R. Sherwin*
        Michael R. Sherwin
        Assistant United States Attorney

Court ID No. A5501230
99 Northeast 4th Street
Miami, Florida 33132
Tel: (305) 961-9067
michael.sherwin@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

 s/ *Michael R. Sherwin*
Michael R. Sherwin
Assistant United States Attorney
