UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-10035-CR-MOORE/SIMONTON

UNITED STATES OF AMERICA,

vs.

ZHAO QIANLI,

Defendant.
_____/

## FACTUAL PROFFER
## IN SUPPORT OF PLEA AGREEMENT

The United States Attorney's Office for the Southern District of Florida and the defendant, ZHAO QIANLI, stipulate and agree that the information stated herein is true and accurate and a sufficient basis for the defendant's plea of guilty to a violation of Title 18, United States Code, Section 795, as charged in the instant matter. Had this matter proceeded to trial, the defendant stipulates and agrees that the United States would have proven the facts alleged below beyond a reasonable doubt:

1. JIATF-South, located in Monroe County, in the Southern District of Florida, is a vital military installation, within the scope of Title 18, United States Code, Section 795, administered and secured by the Department of Defense, and is a subordinate command to the United States Southern Command, which is responsible for security cooperation and military operations in Central America, South America, and the Caribbean.

2. A separately secured satellite dish and antenna farm (the "Farm" hardware) is located on the JAITF-South military installation; the Farm hardware is vital military equipment and access to such Farm equipment is restricted and photography of such Farm equipment is

2

prohibited unless the JIATF-South commanding officer or other higher authority grants such permission.

3. On September 26, 2018, ZHAO QIANLI, a Chinese national, entered the JIATF-South military installation property, without permission from the JIATF-South commanding officer and/or any other higher authority, by circumnavigating the installation's primary fence line, and entering the military property from the beach. The primary installation fence line contained multiple signs that stated the Farm area was a "RESTRICTED AREA" and to "KEEP OUT."[1]

4. Defendant ZHAO QIANLI next proceeded to go directly to the Farm and take multiple photographs and video footage of the Farm hardware, all of which was secured by a secondary fence line within the JIATF-South military installation. This secondary fence line also contained multiple signs warning signs that stated the Farm area was a "RESTRICTED AREA" and to "KEEP OUT."

5. As set forth in Count One of the Indictment, MP4 video footage VID_20180926_140419630 (the "product") was taken by defendant ZHAO QIANLI of the Farm hardware on September 26, 2018.

6. At no time, to include, but not limited to, September 26, 2018, did defendant ZHAO QIANLI ever obtain permission by the JIATF-South commanding officer, and/or any higher authority, to access the JIATF-South military installation or obtain permission to photograph the Farm hardware.

---

[1] Defendant ZHAO QIANLI attends university in China and can both read and speak English.

3

7. At no time, to include, but not limited to, September 26, 2018, did defendant ZHAO QIANLI ever submit the product obtained to the JIATF-South commanding officer, and/or any higher authority, for censorship and/or any such other action review.

Ariana Fajardo Orshan
UNITED STATES ATTORNEY

Date: _____

Michael R. Sherwin
Assistant United States Attorney

Date: 02/05/2019

Hongwei Shang
Attorney for Defendant

Date: 02/05/2019

Zhao Qianli
Defendant